No. 76–1819. FIRST NATIONAL BANK IN ALBUQUERQUE, GUARDIAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 76–1821. ESTATE OF CHESTERTON *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 76–1823. 28 EAST JACKSON ENTERPRISES, INC. *v.* CULLERTON, ASSESSOR OF COOK COUNTY, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 76–1825. BAKER *v.* CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–1829. McDONNEL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–1832. BUNYARD ET AL. *v.* FRANCO, ADMINISTRATRIX, ET AL. Sup. Ct. Ark. Certiorari denied.

No. 76–1844. HAMILTON *v.* LOUISIANA STATE BAR ASSN. Sup. Ct. La. Certiorari denied.

No. 76–1845. EX PARTE MOODY. Sup. Ct. Ala. Certiorari denied.

No. 76–1846. ARIZONA POWER AUTHORITY, ELECTRIC DISTRICT No. 3, PINAL COUNTY, ARIZONA, ET AL. *v.* ANDRUS, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–1849. MULTI-MEDICAL CONVALESCENT & NURSING CENTER OF TOWSON *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied.